| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>HAMILTON, CLYDE H. | 2. Court or Organization<br><br>US COURT OF APPEALS - 4TH CIR. | 3. Date of Report<br><br>03/17/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2010 MAR 22 A 8: 42   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/31/09 | Refund on 2008 Income Tax Return: South Carolina Department of Revenue | $1,879.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | Salary, Director's Fees and Commissions |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. WELLS FARGO ADVISORS (formerly | | | | | | | | | |
| 4. Wachovia Securities) -- Self-directed: | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 7. FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. GENERAL ELECTRIC COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. PROCTOR & GAMBLE CO. (common stock) | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.  JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 20. | | | | | | | | | |
| 21.  BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23.  PAYCHEX, INC. (common stock) | A | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25.  PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27.  ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 28.  Companies) (common stock) | | | | | | | | | |
| 29. | | | | | | | | | |
| 30.  Philip Morris International, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32.  KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34.  SCANA CORP. (common stock) | B | Dividend | K | T | Buy (add'l) | 03/06/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | | | | |
| 36. UST, INC. (common stock) | | None | | | Sold | 01/09/09 | J | D | |
| 37. | | | | | | | | | |
| 38. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 39. | | | | | | | | | |
| 40. FPL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. FEDEX CORPORATION (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 43. | | | | | | | | | |
| 44. PFIZER INCORPORATED (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 45. | | | | | | | | | |
| 46. CONOCOPHILLIPS (common stock) | A | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. WALGREEN COMPANY (common stock) | A | Dividend | K | T | Buy (add'l) | 12/02/09 | J | | |
| 51. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. STAPLES, INC. (common stock) | | None | | | Sold | 03/06/09 | J | | No gain. |
| 57. | | | | | | | | | |
| 58. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. SCHLUMBERGER LTD. (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 61. | | | | | | | | | |
| 62. MARKET VECTOR GOLD MINERS (common stock) | A | Dividend | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. (NEW BUYS 2009) | | | | | | | | | |
| 65. MANULIFE FINANCIAL CORP. (common stock) | A | Dividend | | | Buy | 04/14/09 | J | | |
| 66. | | | | | Sold | 11/23/09 | J | A | |
| 67. AT&T, Inc. (common stock) | B | Dividend | K | T | Buy | 03/06/09 | K | | |
| 68. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | Buy | 03/06/09 | K | | |
| 70. | | | | | | | | | |
| 71. SEE PART VIII | | | | | | | | | |
| 72. END PORTFOLIO I -- | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. WACHOVIA CORPORATION NEW (common stock) | | | | | | -- | | | |
| 75. (SEE PORTFOLIO III - NEW, PART VII, Page 14, line 183. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. SIMCOM INTERNATIONAL HOLDINGS, INC. - Series AA Convertible | | | | | | | | | |
| 80. "(Y)" (Preferred Stock) - (SEE PART VIII) | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (formerly | | | | | | | | | |
| 83. THE MANUFACTURERS LIFE INSURANCE COMPANY) | B | Interest | K | T | | | | | |
| 84. (UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F --$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O --$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PORTFOLIO II -- | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. ZIMMER HOLDINGS, INC. (common stock) | | None | | | Sold | 03/06/09 | J | | No gain. |
| 91. | | | | | | | | | |
| 92. DEUTSCHE BANK AG ADR (common stock) | | None | | | Sold | 03/06/09 | J | | No gain. |
| 93. | | | | | | | | | |
| 94. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. GENERAL ELECTRIC CO. (common stock) | A | Dividend | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 101. Companies, Inc.) (common stock) | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Philip Morris International, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 110. | | | | | | | | | |
| 111. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 112. | | | | | | | | | |
| 113. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 114. FDIC INSURED MONEY MARKET FUND) | A | Interest | J | T | | | | | |
| 115. | | | | | | | | | |
| 116. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A –$1,000 or less
B =$1,000 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 121. | | | | | | | | | |
| 122. SCANA CORP. (common stock) | A | Dividend | K | T | Buy (add'l) | 03/06/09 | J | | |
| 123. | | | | | | | | | |
| 124. EL PASO ENERGY CAP TR 1 PFD CONV TR SEC | A | Interest | J | T | | | | | |
| 125. (Preferred Convertible Stock) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. COVIDIEN LTD. (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 128. | | | | | | | | | |
| 129. CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. FEDEX CORP. (common stock) | A | Dividend | | | Sold | 03/06/09 | J | | No gain. |
| 132. | | | | | | | | | |
| 133. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Dividend | K | T | Sold | 03/06/09 | J | | No gain. |
| 134. | | | | | | Buy | 04/20/09 | K | | |
| 135. | | | | | | | | | |
| 136. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 139. | | | | | | | | | |
| 140. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 141. | | | | | | | | | |
| 142. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 147. | | | | | | | | | |
| 148. TRANSOCEAN, INC. NEW (common stock) | | None | J | T | | | | | |
| 149. | | | | | | | | | |
| 150. MEDTRONIC, INC. (common stock) | A | Dividend | K | T | | | | | |
| 151. | | | | | | | | | |
| 152. STAPLES, INC. (common stock) | | None | | | Sold | 03/06/09 | J | B | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. WESTERN UNION CO. (common stock) | | None | | | Sold | 03/06/09 | J | | No gain. |
| 155. | | | | | | | | | |
| 156. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. METLIFE, INC. (common stock) | A | Dividend | | | Sold | 11/23/09 | J | B | |
| 159. | | | | | | | | | |
| 160. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. SCHWAB CHARLES CORP. NEW (common stock) | A | Dividend | | | Sold | 04/20/09 | K | | No gain. |
| 163. | | | | | | | | | |
| 164. PROGRESS ENERGY, INC. (common stock) | A | Dividend | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. THE SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. (NEW BUYS 2009) | | | | | | | | | |
| 169. AT&T, INC. (common stock) | A | Dividend | J | T | Buy | 03/06/09 | J | | |
| 170. | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | Buy | 03/06/09 | J | | |
| 172. | | | | | | | | | |
| 173. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | B | Distribution | K | T | Buy | 02/05/09 | J | | |
| 174. | | | | | | | | | |
| 175. INTERNATIONAL BUSINESS MACHINES CORP. (common stock) | | None | J | T | Buy | 12/02/09 | J | | |
| 176. | | | | | | | | | |
| 177. WELLS FARGO COMPANY (common stock) | A | Dividend | J | T | Buy | 04/14/09 | J | | |
| 178. | | | | | | | | | |
| 179. SEE PART VIII | | | | | | | | | |
| 180. END PORTFOLIO II -- | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. PORTFOLIO III - NEW | | | | | | | | | |
| 183. WACHOVIA CORPORATION - NEW (common stock) | | None | | | Merged (with line 186) | 01/02/09 | J | | No gain; see below. |
| 184. (FROM PART VII, Page 8, line 75). | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. WELLS FARGO COMPANY (common stock) | A | Dividend | J | T | | 01/02/09 | J | | See above. |
| 187. | | | | | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. WELLS FARGO BANK FDIC INSURED MONEY | A | Interest | J | T | Open | 10/06/09 | J | | |
| 189. MARKET ACCOUNT | | | | | | | | | |
| 190. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | Buy | 03/05/09 | J | | |
| 191. | | | | | | | | | |
| 192. SCANA CORP. (common stock) | A | Dividend | K | T | Buy | 03/05/09 | J | | |
| 193. | | | | | | | | | |
| 194. ULTRA BASIC MATERIALS PS (common stock) | A | Dividend | K | T | Buy | 04/14/09 | K | | |
| 195. | | | | | | | | | |
| 196. END PORTFOLIO III NEW -- | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. PORTFOLIO IV | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 203. | | | | | | | | | |
| 204. PFIZER, INC. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | | | | | |
| 206. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 207. | | | | | | | | | |
| 208. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 209. FDIC INSURED MONEY MARKET FUND) | A | Interest | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. SUNTRUST BANKS, INC. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 212. | | | | | | | | | |
| 213. MERRILL LYNCH AND CO., INC. SR UNSUB RO FA 6.000% | A | Interest | | | Redeemed | 02/17/09 | J | | No gain. |
| 214. (corporate bond) | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. BANK AMERICA CORP. SENIOR NOTES (corporate bond) | A | Interest | | | Redeemed | 02/17/09 | J | | No gain. |
| 217. | | | | | | | | | |
| 218. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 219. | | | | | | | | | |
| 220. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 221. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 und D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. INTEL CORP. (common stock) | A | Dividend | | | Sold | 04/20/09 | J | | No gain. |
| 223. | | | | | | | | | |
| 224. SCANA CORPORTION (common stock) | A | Dividend | J | T | | | | | |
| 225. | | | | | | | | | |
| 226. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | Buy (add'l) | 03/06/09 | J | | |
| 227. | | | | | | | | | |
| 228. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 229. | | | | | | | | | |
| 230. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 231. | | | | | | | | | |
| 232. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 233. | | | | | | | | | |
| 234. JPMORGAN CHASE & CO. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 235. | | | | | | | | | |
| 236. UST, INC. (common stock) | | None | | | Sold | 01/06/09 | K | E | |
| 237. | | | | | | | | | |
| 238. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | | | | | |
| 240. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 241. | | | | | | | | | |
| 242. FEDEX CORPORATION (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 243. | | | | | | | | | |
| 244. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 245. | | | | | | | | | |
| 246. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 247. | | | | | | | | | |
| 248. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |
| 249. | | | | | | | | | |
| 250. BP PLC SPONS ADR (common stock) | A | Dividend | J | T | | | | | |
| 251. | | | | | | | | | |
| 252. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 253. | | | | | | | | | |
| 254. CISCO SYSTEMS, INC. (common stock) | | None | | | Sold | 03/05/09 | J | | No gain. |
| 255. | | | | | | | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q - Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 257. | | | | | | | | | |
| 258. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 259. | | | | | | | | | |
| 260. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 261. | | | | | | | | | |
| 262. UNITED PARCEL SERVICE-B (commn stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 263. | | | | | | | | | |
| 264. (NEW BUYS 2009) | | | | | | | | | |
| 265. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 266. | | | | | | | | | |
| 267. ELI LILLY & CO. (common stock) | A | Dividend | J | T | Buy | 05/06/09 | J | | |
| 268. | | | | | | | | | |
| 269. MEDTRONIC, INC. (common stock) | | None | J | T | Buy | 11/23/09 | J | | |
| 270. | | | | | | | | | |
| 271. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | B | Dividend | L | T | Buy | 03/06/09 | L | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SEE PART VIII | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. END PORTFOLIO IV | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | K | W | | | | | |
| 278. | | | | | | | | | |
| 279. CMC ASSOCIATES (General Partnership) (one-third interest) | D | Rent | K | W | | | | | |
| 280. Columbia, SC Warehouse | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. BANK OF AMERICA, Columbia, SC (personal checking account) | | None | | | Closed | 08/15/09 | J | | |
| 283. | | | | | | | | | |
| 284. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | A | Interest | J | T | Open | 08/17/09 | J | | |
| 285. | | | | | | | | | |
| 286. PORTFOLIO V | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 289. FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | | | | | |
| 291. HEWLETT PACKARD CO. (common stock) | A | Dividend | K | T | | | | | |
| 292. | | | | | | | | | |
| 293. PFIZER, INC. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 294. | | | | | | | | | |
| 295. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 296. | | | | | | | | | |
| 297. INTEL CORP. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 298. | | | | | | | | | |
| 299. SCANA CORPORATION (common stock) | A | Dividend | K | T | Buy (add'l) | 03/06/09 | J | | |
| 300. | | | | | | | | | |
| 301. SOUTHERN COMPANY (common stock) | B | Dividend | J | T | Buy (add'l) | 03/17/09 | J | | |
| 302. | | | | | | | | | |
| 303. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 304. | | | | | | | | | |
| 305. 3M COMPANY (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 306. | | | | | | | | | |

1. Income Gain Codes:         A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only) S =Assessment               T =Cash Market
   (See Column C2)             U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 308. | | | | | | | | | |
| 309. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 310. | | | | | | | | | |
| 311. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 312. | | | | | | | | | |
| 313. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | K | T | | | | | |
| 314. | | | | | | | | | |
| 315. IBM (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 316. | | | | | | | | | |
| 317. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 318. | | | | | | | | | |
| 319. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 320. | | | | | | | | | |
| 321. MEDTRONIC, INC. (common stock | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 322. | | | | | | | | | |
| 323. ARCH COAL, INC. (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 326. | | | | | | | | | |
| 327. ORACLE CORPORATION (common stock) | | None | | | Sold | 04/20/09 | J | | No gain. |
| 328. | | | | | | | | | |
| 329. CONOCO PHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 330. | | | | | | | | | |
| 331. DUPONT E.I. DE NEMOURS (common stock) | A | Dividend | | | Sold | 03/05/09 | J | | No gain. |
| 332. | | | K | T | Buy | 04/20/09 | K | | |
| 333. MURPHY OIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 334. | | | | | | | | | |
| 335. PROGRESS ENERGY, INC. (common stock) | A | Dividend | J | T | | | | | |
| 336. | | | | | | | | | |
| 337. STERICYCLE, INC. (common stock) | | None | J | T | | | | | |
| 338. | | | | | | | | | |
| 339. (NEW BUYS 2009) | | | | | | | | | |
| 340. ELI LILLY & CO. (common stock) | A | Dividend | K | T | Buy | 05/06/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. ENERGY TRANSFER PARTNERS (Limited Partnership) | A | Distribution | J | T | Buy | 02/05/09 | J | | |
| 343. | | | | | | | | | |
| 344. TEVA PHARMACEUTICAL ADR INDS LTD. (common stock) | A | Dividend | J | T | Buy | 08/27/09 | J | | |
| 345. | | | | | | | | | |
| 346. SEE PART VIII | | | | | | | | | |
| 347. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts:

Page 8, line 71:   (1) In re: SEC v. American International Group, Inc. -- AIG Distribution Fund. June 12, 2009 - $147.03 (partial recovery of loss)

(2) Cardinal Health Care, Inc. Securities Litigation. September 1, 2009 - $373.08 (partial recovery of loss)

Page 8, lines 79-80: SIMCOM International Holdings, Inc. has been defunct for several years. It has not filed the required Annual Reports with the Georgia State authorities for several years. It's rented office has been closed for at least two years. From all indications, there are no corporate employees or assets, tangible or intangible, which can be located.

Page 14, line 179: (1) BISYS Securities Litigation. May 29, 2009 - $117.23 (partial recovery of short-term capital loss)

(2) Cardinal Health Care, Inc. Securities Litigation. September 1, 2009 - $343.93 (partial recovery of long-term capital loss)

Page 20, line 273: (1) In re: UnitedHealth Group Incorporated Securities Litigation, Net Settlement Fund. December 11, 2009 - $209.95 (partial recovery of loss)

(2) Cardinal Health Care, Inc. Securities Litigation. September 1, 2009 - $239.91 (partial recovery of loss)

(3) Tyco International Ltd. Securities Litigation Settlement. March 4, 2009 - $119.80 (partial recovery of loss)

Page 24, line 346: (1) In re: SEC v. American International Group, Inc. -- AIG Distribution Fund. June 12, 2009 - $103.02 (partial recovery of long-term capital loss)

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/17/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544